**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-7498**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT FURTICK,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief Dis-
trict Judge.  (CR-98-1014, CA-01-2273-3-17)

───────────

Submitted:  December 19, 2001        Decided:  January 14, 2002

───────────

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Robert Furtick, Appellant Pro Se.  Beth Drake, Assistant United
States Attorney, Columbia, South Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Furtick seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Furtick, Nos. CR-98-1014; CA-01-2273-3-17 (D.S.C. July 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED